BEFORE THE THIRD DIVISION, AUGUST 29, 1945

**No. 50440.**—Protests 106447–K, etc., of Joseph E. Seagram & Sons, Inc. (Indianapolis).

Opinion by KEEFE, J.   At the trial counsel for the Government moved to dismiss the protests upon the ground that they were not filed in time.   An examination of the protests disclosing that they were filed more than 60 days after liquidation as provided by section 504, Tariff Act of 1930, the motion to dismiss was granted.